IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JONATHAN SINGLETON, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CASE NO. 2:20-CV-99-WKW |
| ) | |
| CITY OF MONTGOMERY, ALABAMA, ) | |
| *et al.*, ) | |
| ) | |
| Defendants. ) | |

## AMENDED BRIEFING ORDER

Upon consideration of Plaintiffs', Defendant Sheriff Cunningham's, and Defendant City of Montgomery's joint status report and of Plaintiffs' and the City of Montgomery's joint motion to continue stay of proceedings against the City of Montgomery (Doc. # 42), it is ORDERED:

1) That the motion (Doc. # 42) is GRANTED;

2) That the stay of proceedings between Plaintiffs and Defendant City of Montgomery is EXTENDED to and including **August 17, 2020**;

3) That Plaintiffs and the City shall file a joint status update regarding their views on how the case should proceed on or before **August 17, 2020**; and

4) That the stay of proceedings between Plaintiffs and Defendant Sheriff Cunningham is LIFTED.

Consequently, an amended briefing order is also necessary. Upon consideration of Defendant Sheriff Derrick Cunningham's Motion to Dismiss (Doc. # 25) filed on March 5, 2020, it is ORDERED that Plaintiffs shall file a response, which shall include a brief, on or before **August 11, 2020**. Defendant Cunningham may file a brief reply in support of his motion on or before **August 18, 2020**.

Defendant Cunningham shall file a **separate** response to Plaintiffs' motion for a preliminary injunction (Doc. # 5) on or before **August 18, 2020**. Plaintiffs may file a reply in support of their motion on or before **August 25, 2020**.

Federal Rule of Civil Procedure 6(a), but not Federal Rule of Civil Procedure 6(d), applies in computing the time periods above.

The motions shall be under submission on the due date of their respective reply briefs. Unless the court determines that a hearing is necessary or helpful, at which time a hearing date will be set, the court will determine the motions without oral argument upon submission.

Briefs in support of or in opposition to any motion **generally should not exceed 25 pages.** If a brief exceeds 25 pages, counsel must include a table of contents indicating the main sections of the brief, the principal arguments and citations to authority made in each section, and the pages on which each section

and any sub-sections may be found. Additionally, if the brief exceeds 25 pages <u>or</u> if the brief and the accompanying attachments/exhibits **together** exceed 25 pages, the filing party shall submit to chambers a paper courtesy copy. **Courtesy copies should be printed after filing in CM/ECF, with the CM/ECF header printed on every page**. The courtesy copy shall be **bound in a three-ring binder, tabbed, and printed double-sided**. The binder shall include both a front label and a spine label clearly marked with the case number and case name.

There is no requirement that courtesy copies be delivered to chambers by the due date; courtesy copies may be mailed or shipped to chambers on the day they are due.

Any discussion of evidence in a brief must include the specific reference, by name or document number and by page and line, to where the evidence can be found in the supporting evidentiary submission or in any document filed with the court.

Failure to comply strictly with this Order may result in the striking of the filing or other appropriate sanctions.

**For all future motions to dismiss, motions for judgment on the pleadings, motions for summary judgment, and *Daubert* motions filed in this case, it is ORDERED that:**

1.	The movant shall file its brief and any evidentiary submission simultaneously with the filing of the dispositive motion.

2.	The opponent's response brief and any evidentiary submission shall be due **21 days after the date the motion is filed**.

3.	The movant's reply brief, if any, shall be due **7 days after the date the response is filed**.

4.	All other general briefing instructions in this Order apply to these future motions.

DONE this 21st day of July, 2020.

                /s/ W. Keith Watkins
     UNITED STATES DISTRICT JUDGE