IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JONATHAN SINGLETON, RICKY VICKERY, and MICKI HOLMES, on behalf of themselves and others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>HAL TAYLOR, in his official capacity as Secretary of the Alabama Law Enforcement Agency, and DERRICK CUNNINGHAM, in his official capacity as Sheriff for Montgomery County,<br><br>Defendants. | Case No. 2:20-cv-99-WKW<br>CLASS ACTION |

**JOINT MOTION FOR PRELIMINARY APPROVAL OF PROPOSED CLASS SETTLEMENT BETWEEN PLAINTIFFS AND DEFENDANT DERRICK CUNNINHGHAM ONLY**

Defendant Derrick Cunningham in his official capacity as Sheriff for Montgomery County ("Settling Defendant") and the appointed Class Representative of the Plaintiff class Jonathan Singleton ("Class Representative"),[1] respectfully move the Court under Federal Rule of Civil Procedure 23 to:

- Preliminarily approve the negotiated proposed settlement agreement, including the attachment to that agreement, which would resolve all remaining claims against the Settling Defendant ONLY in this action, attached as Exhibit A;

- Approve the proposed manner in which the parties intend to notify the class members about the proposed settlement, attached as Exhibit B;

---

[1] Plaintiffs Micki Holmes and Ricky Vickery have both passed away since the initiation of this lawsuit. *See* Doc. 89, 90. Additionally, the City of Montgomery settled with Plaintiffs on September 16, 2020. *See* Doc. 56. ALEA has not settled and is not a party to this settlement motion.

- Order that the parties commence the period for notice of the proposed settlement no later than 30 days following the entry of the Court order approving the settlement agreement; and

- Set a date for hearing on the fairness, adequacy, and reasonableness of the proposed stipulated settlement agreement no sooner than 60 days after the Court enters an order preliminarily approving the proposed settlement.

In support of this Motion, the parties submit a memorandum of law, filed herewith.

Respectfully submitted this 17th day of June 2022 by:

Respectfully submitted,

/s/ Micah West

*On Behalf of Plaintiffs' Counsel*

Micah West, ASB-1842-J82F
Ellen Degnan, ASB-3244-I12V
SOUTHERN POVERTY LAW CENTER
400 Washington Avenue
Montgomery, AL 36104
T: (334) 956-8200
F: (334) 956-8481
E: micah.west@splcenter.org
E: ellen.degnan@splcenter.org
E: EJPsettlements@splcenter.org

Clara Potter* (La. Bar No. 38377)
SOUTHERN POVERTY LAW CENTER
201 St. Charles Avenue, Suite 2000
New Orleans, LA 70170
T: (504) 486-8982
F: (504) 486-8947
E: clara.potter@splcenter.org

Tish Gotell Faulks (ASB-1279-I63J)
ACLU FOUNDATION OF ALABAMA
P.O. Box 6179
Montgomery, AL 36106
T: (334) 265-2754
E: rmarshall@aclualabama.org

Tristia Bauman* (D.C. Bar No. 1016342)
NATIONAL LAW CENTER ON HOMELESSNESS AND POVERTY
2000 M Street NW, Suite 210
Washington, D.C., 20036
T: (202) 638-2535
F: (202) 638-2737
E: tbauman@nlchp.org

* *admitted pro hac vice*

**Attorneys for Plaintiffs**

/s/ Constance C. Walker
*On behalf of Defendant's Counsel*

Thomas T. Gallion, III (ASB-5295-L747)
Constance C. Walker (ASB-5510L66C)
One Commerce Street, Suite 700
Montgomery, AL 36104
E: cwalker@WMWfirm.com

**Attorneys for Defendant Sherriff Cunningham**

## **CERTIFICATE OF SERVICE**

I hereby certify that as of this date the following was filed through the Court's CM/ECF filing system, and by virtue of this filing, notice will be sent electronically to all counsel of record, including:

>James W. Davis
>Jeremy S. Weber
>Office of the Attorney General
>501 Washington Avenue
>Montgomery, Alabama 36130

DATED this June 17, 2022.

>/s/ Micah West
>Micah West