IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JONATHAN SINGLETON, RICKY VICKERY, and MICKI HOLMES, on behalf of themselves and others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>HAL TAYLOR, in his official capacity as Secretary of the Alabama Law Enforcement Agency, and DERRICK CUNNINGHAM, in his official capacity as Sheriff for Montgomery County,<br><br>    Defendants. | CASE NO. 2:20-CV-99-WKW<br>[WO] |

## **ORDER**

Pursuant to Rule 25 of the Federal Rules of Civil Procedure, suggestions of the deaths of Plaintiffs Ricky Vickery and Micki Holmes were filed on February 15, 2022, and March 29, 2022, respectively. (Docs. # 89, 90.) More than ninety days have elapsed with no motion for substitution having been filed.

Accordingly, it is ORDERED that the claims of Plaintiffs Ricky Vickery and Micki Holmes are DISMISSED pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure. This action proceeds as to the claims of Class Representative Jonathan Singleton and the certified class.

The Clerk of the Court is DIRECTED to terminate Plaintiffs Ricky Vickery and Micki Holmes.

DONE this 1st day July, 2022.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE