**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| JONATHAN SINGLETON, on behalf of himself and others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>HAL TAYLOR, in his official capacity as Secretary of the Alabama Law Enforcement Agency,<br><br>        Defendant. | Case No. 2:20-cv-99-WKW<br>CLASS ACTION |

**PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND FOR FINAL**
**DECLARATORY RELIEF AND PERMANENT INJUNCTION**

COMES NOW Plaintiff and Class Representative Jonathan Singleton ("Plaintiff"), on behalf of himself and the certified Class, who moves this Honorable Court, pursuant to Rule 56 of the Federal Rules of Civil Procedure, to grant his motion for summary judgment and his request for final declaratory relief and a permanent injunction. In support of his Motion, and as detailed in the accompanying Memorandum of Law in Support, Plaintiff states as follows:

1.      Plaintiff brought this lawsuit against Defendant Hal Taylor, in his official capacity as Secretary of the Alabama Law Enforcement Agency ("Defendant"), for violating his and the Class's First Amendment rights. Through that lawsuit, Plaintiff challenges the constitutionality of Ala. Code § 13A-11-9(a)(1) and Ala. Code § 32-5A-216(b) (collectively "Statutes"), two state statutes that criminalize the solicitation of donations.

2.      Plaintiff brings this claim on behalf of himself and the certified Class defined as "all individuals who will in the future (1) stand on a public street in the State of Alabama for the purpose of soliciting employment, business, or contributions from the occupant of a vehicle, or (2)

loiter, remain, or wander in a public place in the State of Alabama for the purpose of begging." ECF 84 at 10.

3.    In support of summary judgment, the Parties jointly stipulated to a set of undisputed, material facts, which they filed with this Court on September 16, 2022. ECF 106.

4.    Plaintiff now moves for summary judgment as to Defendant's liability on his own behalf and on behalf of the certified Class. Because there is no genuine dispute of material fact, and because the challenged Statutes violate Plaintiff and the Class's First Amendment rights to free speech under well-established Supreme Court and Circuit precedent, Plaintiff and the Class are entitled to summary judgment as a matter of law.

5.    Plaintiff and the Class are entitled to a declaratory judgment that the Statutes are facially unconstitutional in violation of the First Amendment of the U.S. Constitution under 28 U.S.C. § 2201 because they have established that the Statutes violate their First Amendment rights.

6.    Plaintiff and the Class are also entitled to a permanent injunction because they have demonstrated actual success on the merits and have shown that: "(1) that [they] ha[ve] suffered an irreparable injury; (2) that [their] remedies at law are inadequate; (3) that the balance of hardships weighs in [their] favor; and (4) that a permanent injunction would not disserve the public interest." *Barrett v. Walker Cnty. Sch. Dist.*, 872 F.3d 1209, 1229–30 (11th Cir. 2017) (citing *eBay Inc. v. MercExchange, L.L.C.*, 547 U.S. 388, 391 (2006)).

7.    For these reasons, and as detailed in the accompanying Memorandum of Law in Support of Plaintiff's Motion for Summary Judgment and for Final Declaratory Relief and a Permanent Injunction, Plaintiff respectfully requests that this Court GRANT this Motion, DECLARE the Statutes unconstitutional, and ORDER that Defendant be permanently enjoined from their enforcement.

DATED: October 5, 2022

Respectfully Submitted,

s/ Ellen Degnan
Ellen Degnan, ASB-3244-I12V
Micah West, ASB-1842-J82F
SOUTHERN POVERTY LAW CENTER
400 Washington Avenue
Montgomery, AL 36104
T: (334) 956-8200
F: (334) 956-8481
E: micah.west@splcenter.org
E: ellen.degnan@splcenter.org

Clara Potter* (La. Bar No. 38377)
SOUTHERN POVERTY LAW CENTER
201 St. Charles Avenue, Suite 2000
New Orleans, LA 70170
T: (504) 486-8982
F: (504) 486-8947
E: clara.potter@splcenter.org

Tish Gotell Faulks (ASB-1279-I63J)
ACLU FOUNDATION OF ALABAMA
P.O. Box 6179
Montgomery, AL 36106
T: (334) 265-2754
E: tgfauks@aclualabama.org

Tristia Bauman* (D.C. Bar No. 1016342)
NATIONAL HOMELESSNESS LAW CENTER
2000 M Street NW, Suite 210
Washington, D.C., 20036
T: (202) 638-2535
F: (202) 638-2737
E: tbauman@nlchp.org

* *admitted pro hac vice*

**Attorneys for Plaintiff**

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date the foregoing was filed through the Court's CM/ECF filing system, and by virtue of this filing notice will be sent electronically to all counsel of record, including:

James W. Davis
A. Reid Harris
Office of the Attorney General
501 Washington Avenue
Montgomery, Alabama 36130-0152

Dated: October 5, 2022.                                        /s/ Ellen Degnan