IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JONATHAN SINGLETON, on behalf of himself and others similarly situated,  )<br>)<br>)<br>)<br>Plaintiffs,  )<br>)<br>v.  )<br>)<br>HAL TAYLOR, in his official capacity as Secretary of the Alabama Law Enforcement Agency,  )<br>)<br>)<br>)<br>Defendant.  )  | CASE NO. 2:20-CV-99-WKW<br>[WO] |

## **ORDER**

Before the court is Plaintiffs' Motion for Summary Judgment and for Final Declaratory Relief and Permanent Injunction. (Doc. # 112.) Defendant concedes that, under binding Eleventh Circuit precedent, this Motion is due to be granted. (Doc. # 113 at 2.)

Therefore, it is ORDERED as follows:

(1) Plaintiffs' Motion (Doc. # 112) is GRANTED;

(2) The State of Alabama's begging statute, Alabama Code § 13A-11-9(a)(1), is DECLARED facially unconstitutional under the First Amendment to the United States Constitution;

(3) The State of Alabama's Pedestrian Solicitation Statute, Ala. Code § 32-5A-216(b), is DECLARED facially unconstitutional under the First Amendment to the United States Constitution; and

(4) Defendant, in his official capacity as Secretary of the Alabama Law Enforcement Agency, and all individuals under his direction and supervision, are PERMANENTLY ENJOINED from enforcing Alabama Code § 13A-11-9(a)(1) and Alabama Code § 32-5A-216(b).

Final judgment will be entered separately.

DONE this 10th day of March, 2023.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE