IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JONATHAN SINGLETON, on behalf of himself and others similarly situated,<br><br>      Plaintiffs,<br><br>  v.<br><br>HAL TAYLOR, in his official capacity as Secretary of the Alabama Law Enforcement Agency,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    CASE NO. 2:20-CV-99-WKW<br>)<br>)<br>)<br>)<br>)<br>) |

**FINAL JUDGMENT**

In accordance with the Order entered today, it is ORDERED, ADJUDGED, DECREED, and DECLARED that:

(1) The State of Alabama's begging statute, Alabama Code § 13A-11-9(a)(1), is DECLARED facially unconstitutional under the First Amendment to the United States Constitution;

(2) The State of Alabama's Pedestrian Solicitation Statute, Ala. Code § 32-5A-216(b), is DECLARED facially unconstitutional under the First Amendment to the United States Constitution; and

(3) Defendant, in his official capacity as Secretary of the Alabama Law Enforcement Agency, and all individuals under his direction and supervision, are

PERMANENTLY ENJOINED from enforcing Alabama Code § 13A-11-9(a)(1) and Alabama Code § 32-5A-216(b).

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 10th day of March, 2023.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE