IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JONATHAN SINGLETON, et al., | ) | |
| | ) | |
| *Plaintiffs*, | ) | |
| | ) | Case No. 2:20-cv-99-WKW-JTA |
| v. | ) | CLASS ACTION |
| | ) | |
| HAL TAYLOR, et al., | ) | |
| | ) | |
| *Defendants*. | ) | |
| | ) | |

## **NOTICE OF APPEAL**

Notice is hereby given that the Defendant Hal Taylor, in his official capacity as Secretary of the Alabama Law Enforcement Agency, hereby appeals to the United States Court of Appeals for the Eleventh Circuit of this Court's March 10, 2023 Summary Judgment and for Final Declaratory Relief and Permanent Injunction (doc. 117) and Final Judgment (doc. 118).

Respectfully submitted,

James W. Davis (ASB-4063-I58J)
  *Deputy Attorney General*

s/ A. Reid Harris
Richard D. Mink (ASB-4802-M76R)
A. Reid Harris (ASB-1624-D29X)
  *Assistant Attorneys General*

OFFICE OF THE ATTORNEY GENERAL
501 Washington Avenue
Montgomery, Alabama 36104

Telephone: (334) 242-7300
Fax: (334) 353-8400
Reid.Harris@AlabamaAG.gov

***Counsel for Defendant Hal Taylor***

2

## CERTIFICATE OF SERVICE

I hereby certify that on April 10, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

s/ A. Reid Harris
***Counsel for Defendant Hal Taylor***