# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

June 05, 2025

Clerk - Middle District of Alabama
U.S. District Court
1 CHURCH ST
MONTGOMERY, AL 36104

Appeal Number: 23-11163-HH
Case Style: Jonathan Singleton v. Secretary of the Alabama Law Enforcement Agency, et al
District Court Docket No: 2:20-cv-00099-WKW-JTA

A copy of this letter, and the judgment form if noted above, but not a copy of the court's decision, is also being forwarded to counsel and pro se parties. A copy of the court's decision was previously forwarded to counsel and pro se parties on the date it was issued. Enclosed is the Bill of Costs supplementing this court's mandate which has previously issued.

Clerk's Office Phone Numbers

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

Enclosure(s)

MDT-1 Letter Issuing Mandate

# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 23-11163

_____

JONATHAN SINGLETON,
on behalf of himself and others similarly situated,

                   Plaintiff-Appellee,

RICKY VICKERY. et al.,

                   Plaintiffs,

*versus*

CITY OF MONTGOMERY, ALABAMA, et al.,

                   Defendants,

SECRETARY OF THE ALABAMA LAW ENFORCEMENT AGENCY,

                   Defendant-Appellant.

Case 2:20-cv-00099-WKW-JTA   Document 129   Filed 06/05/25   Page 3 of 4
USCA11 Case: 23-11163   Document: 103-2   Date Filed: 06/05/2025   Page: 2 of 2

2                                                                          23-11163

_____

Appeal from the United States District Court
for the Middle District of Alabama
D.C. Docket No. 2:20-cv-00099-WKW-JTA

_____

JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: April 8, 2025

For the Court: DAVID J. SMITH, Clerk of Court

# UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT
## Bill of Costs

Court of Appeals Docket No. __23-11163-HH__

Jonathan Singleton _____ vs. Secretary of the Alabama Enforcement Agency _____

A Bill of Costs should only be filed when the Clerk's Office has advised a party that the party is entitled to costs. FRAP 39 and 11th Cir. R. 39-1 govern costs taxable in this court and the time for filing the Bill of Costs. A motion for leave to file out of time is required for a Bill of Costs not timely received.

### INSTRUCTIONS

The appellate docketing fee is set in the fee schedule issued pursuant to 28 U.S.C. § 1913. However, the $5 fee for filing a notice of appeal is recoverable as a cost in the district court. In the grid below, multiply the number of original pages of each document by the total number of documents reproduced to calculate the total number of copies reproduced. Multiply this number by the cost per copy ( $.15 per copy for "In-House", up to $.25 per copy for commercial reproduction, supported by receipts) showing the product as costs requested.

|  | Repro. Method (Mark One) In-House | Comm* | No. of Original Pages | Total No. Documents Reproduced | Total No. of Copies | COSTS REQUESTED | CT. USE ONLY COSTS ALLOWED |
|---|---|---|---|---|---|---|---|
| Appellate Docketing Fee | — | — | — | — | — | | |
| Appellant's Brief | | | | | | | |
| Appendix | | X | 50 | 1 | 8 | $ 196.10 | $171.23 |
| Appellee's Brief | | X | 155 | 1 | 6 | $ 264.17 | $224.15 |
| Reply Brief | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| *Note: If reproduction was done commercially, receipt(s) must be attached. | | | | | TOTAL | $460.27 REQUESTED | $ $395.38 ALLOWED |

I hereby swear or affirm that the costs claimed were actually and necessarily incurred in this appeal and that I have served this Bill of Costs on counsel/parties of record.

Signature: **Micah West** (Digitally signed by Micah West Date: 2025.04.22 14:37:11 -05'00')   Date Signed: 04/22/2025

Attorney Name: Micah West   Attorney for: Jonathan Singleton
(Type or print your name)   (Type or print name of client)

E-mail: micah.west@splcenter.org   Phone: 334-314-8976

Street Address/City/State/Zip: 400 Washington Avenue Montgomery, Alabama 36104

### FOR COURT USE ONLY

Costs are hereby taxed in the amount of $ $395.38 against Appellants
and are payable directly to Appellees

David J. Smith, Clerk of Court

Issued on: _____   By: /S/ Tresa A. Raines   DATE: 4/24/2025
Deputy Clerk

BOC Rev.: 6/17

ISSUED AS MANDATE 6/5/2025