# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

March 27, 2026

Micah West
Southern Poverty Law Center
400 WASHINGTON AVE
MONTGOMERY, AL 36104

Appeal Number: 23-11163-HH
Case Style: Jonathan Singleton v. Secretary of the Alabama Law Enforcement Agency, et al
District Court Docket No: 2:20-cv-00099-WKW-JTA

The enclosed order has been ENTERED.

Electronic Filing
All counsel must file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause. Although not required, non-incarcerated pro se parties are permitted to use the ECF system by registering for an account at www.pacer.gov. Information and training materials related to electronic filing are available on the Court's website.

Clerk's Office Phone Numbers

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

MOT-2 Notice of Court Action

In the

# United States Court of Appeals

## For the Eleventh Circuit

---

No. 23-11163

---

JONATHAN SINGLETON,

on behalf of himself and others similarly situated,

*Plaintiff-Appellee,*

RICKY VICKERY. et al.,

*Plaintiffs,*

*versus*

CITY OF MONTGOMERY, ALABAMA, et al.,

*Defendants,*

SECRETARY OF THE ALABAMA LAW ENFORCEMENT AGENCY,

*Defendant-Appellant.*

---

Appeal from the United States District Court
for the Middle District of Alabama
D.C. Docket No. 2:20-cv-00099-WKW-JTA

---

Before BRANCH, LUCK, and LAGOA, Circuit Judges.

BY THE COURT:

Appellee's motion to lift the stay of this appeal imposed on August 21, 2025, is GRANTED.

"Plaintiff-Appellee Jonathan Singleton's Unopposed Motion to Transfer Consideration of Attorneys' Fees and Expenses on Appeal to the District Court" is GRANTED. *See* 11th Cir. R. 39-2(d).

"Plaintiff-Appellee's Motion for Attorney's Fees and Expenses," requesting appellate attorney's fees and non-taxable expenses incurred in this Court, is hereby TRANSFERRED to the District Court for its consideration of the matters of Appellee's entitlement, and the reasonable fee amounts, if any, to be awarded.

Appellee's motion, requesting "Additional Relief Regarding Attorney's Fees and Expenses," in the form of attorney's fees and expenses incurred in the U.S. Supreme Court in case SC#25-368, is hereby TRANSFERRED to the District Court for its consideration of the matters of Appellee's entitlement, and the reasonable fee amounts, if any, to be awarded.